01-15-00755-CV



111 E. Locust, Suite. 500
Angleton, TX 77515

979-864-1316
979-388-1316
281-756-1316

www.brazoria-county.com

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 3:48:36 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF ASSIGNMENT ON APPEAL

9/2/2015

TO:   FIRST COURT OF APPEALS

RE:   Cause No. **61922, in the 300th District Court**

     Style;  **DON WEIDO** VS **BRANDY M. WEIDO**

     **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:      8/10/15
NOTICE OF APPEAL:        9/2/15
MOTION FOR NEW TRIAL:      N/A
ORDER OVERRULING MOT N/T      N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:    NO
METHOD OF DELIVERY:      TAMES PORTAL
JUDGE PRESIDING:        K. RANDALL HUFSTETLER
COURT REPORTER:        RENEE RAPE

     **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

APPELLANT:        BRANDY MICHELLE WEIDO MEYER

ATTORNEY(S) FOR APPELLANT:  ROBERT P. MCCONNELL
TEL.:    713-533-3800
FAX:    713-533-3888
EMAIL ADDRESS:  bmcconnell@olsonllp.com
TEXAS BAR NO.:    13448300

Filed for Record
9/2/2015 11:11:04 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
61922
Jennifer Torres, Deputy

## NO. 61922

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| C. A. W. | § | 300th JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | BRAZORIA COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Respondent, Mother and Joint Managing Conservator, Brandy Michelle Weido Meyer (formerly known as Brandy M. Weido) files this Notice stating her intention to appeal the trial court's Final Judgment titled Clarification Order in Suit to Modify Parent-Child Relationship, signed August 10, 2015 in the 300th Judicial District Court of Brazoria County.  This appeal will be filed in and sought from either the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

_____/s/ Robert P. McConnell_____
ROBERT P. MCCONNELL
State Bar No. 13448300
Olson and Olson L.L.P.
2727 Allen Parkway, Suite 600
Tel: (713) 533-3800
Fax: (713) 533-388
Email: bmcconnell@olsonllp.com

ATTORNEY FOR RESPONDENT

1

**Certificate of Service**

      I certify that a copy of the foregoing document was served pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure on the 2nd day of September, 2015, upon the following counsel of record:


James R. Hedlesten
KETTERMAN, HEDLESTEN & AMANN, PLLC
The Isis Building
1004 Prairie, Suite 300
Houston, TX 77002
Fax: 713-652-2002
Email: James@khalawyers.com


                            _____/s/ Robert P. McConnell_____
                            ROBERT P. MCCONNELL